# UNITED STATES NAVY-MARINE CORPS COURT OF CRIMINAL APPEALS WASHINGTON, D.C.

**Before**
**J.R. MCFARLANE, M.C. HOLIFIELD, J.P. LISIECKI**
Appellate Military Judges

**UNITED STATES OF AMERICA**

v.

**GERARDO JAIMES**
**CORPORAL (E-4), U.S. MARINE CORPS**

**NMCCA 201400313**
**GENERAL COURT-MARTIAL**

**Sentence Adjudged**: 23 April 2014.
**Military Judge**: LtCol E.A. Harvey, USMC.
**Convening Authority**: Commanding General, 1st Marine Division (Rein), Camp Pendleton, CA.
**Staff Judge Advocate's Recommendation**: Maj V.G. Laratta, USMC.
**For Appellant**: LCDR Dillon J. Ambrose, JAGC, USN.
**For Appellee**: Mr. Brian K. Keller, Esq.

**23 December 2014**

---------------------------------------------------------
**OPINION OF THE COURT**
---------------------------------------------------------

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court

R.H. TROIDL
Clerk of Court